UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LOCAL 553, INTERNATIONAL BROTHERHOOD
OF TEAMSTERS

                     Plaintiff/Petitioner,                 JUDGMENT

                                                              23-CV-2219 (FB) (RML)

                     -against-

UNITED METRO ENERGY CORPORATION;
UNITED APOLLO PETROLEUM TRANSPORTATION,

                     Defendants/Respondents.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Frederic Block, United States District Judge,

having been filed on June 30, 2023, granting United's petition in full; dismissing Local 553's

Complaint; confirming the Arbitration award; it is

        ORDERED and ADJUDGED that United's petition is granted in full; that Local 553's

Complaint is accordingly dismissed; and that the Arbitration award of February 3, 2023, is

confirmed.

Dated: Brooklyn, NY                           Brenna B. Mahoney
       July 11, 2023                         Clerk of Court

                                      By: */s/Jalitza Poveda*
                                         Deputy Clerk